# EXHIBIT 1

# CRADY JEWETT McCULLEY & HOUREN LLP

LAWYERS

2727 ALLEN PARKWAY

SUITE 1700

HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007

E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713) 739-8403

July 16, 2024

***Certified Mail/Return Receipt
and Regular Mail***

Crimson Building Company, LLC
c/o Eric Todd Little
Registered Agent
1705 Forest Ridge Drive, Suite A
Bedford, Texas 76022

Re: Claim of Tejas Specialty Concrete Coatings, LLC d/b/a Specialty Concrete Coatings of Texas ("Claimant") in connection with labor, equipment, and/or material provided by Claimant on the project referred to as Skyview at Crawford located at 400 Crawford St., Fort Worth, Texas (the "Project")

Ladies and Gentlemen:

Our firm represents Tejas Specialty Concrete Coatings, LLC, a Texas limited liability company, d/b/a Specialty Concrete Coatings of Texas, with a street address of 8920 Point Six Circle, Houston, Texas 77095, ("Claimant") in connection with the referenced claim.

Pursuant to the subcontract (the "Subcontract") entered into by and between Claimant and Crimson Building Company, LLC, a Texas limited liability company ("Original Contractor"), Claimant furnished labor, materials, and/or equipment[1] in connection with the construction of, and/or repairs to, certain improvements for the referenced Project. Claimant has not been paid in full the amount due to it under the Subcontract with Original Contractor for the services, materials, and/or equipment furnished by Claimant on the

---

1 *See, in particular,* the Claimant Applications for Payment (copies of which are attached to this letter as **Exhibit 1**) (the "Pay Apps").

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

July 16, 2024
Page 2

Project during the periods specified in the Pay Apps, in the aggregate amount of **$70,530.00**.[2] The services/material/ equipment provided by Claimant upon which the claim described herein are based are generally described as furnishing and installing lightweight concrete, flashing, corridor, common flooring, and related materials, which materials are further described in the Pay Apps.

On behalf of Claimant, demand is here made on Original Contractor for immediate payment of the principal sum of **$70,530.00**. Your check, in payment of this sum, should be made payable to the order of Claimant, and should be forwarded to me at the address in my letterhead above.

If the amount demanded herein is not paid within five (5) calendar days of the date of this letter, Claimant may institute an appropriate legal action to recover the amounts owing to Claimant under the Subcontract, including the principal amount of this claim and, to the extent provided by applicable law: interest on the principal amount of the claim; and, the costs and attorney's fees incurred by Claimant in pursuing this claim.

Further, to the extent allowed by applicable law, Claimant may perfect is lien rights in accordance with the Texas lien laws and thereafter seek all corresponding remedies to which it is entitled.

Contact me if you have any questions or comments regarding this claim.

Very truly yours,

*/s/William R. Sudela*

William R. Sudela

Attachments

cc: **Email:** *micaela@sccot.net*
Micaela Villarreal
Specialty Concrete
(w/ Attachments)

---

2 This amount consists of: (i) progress billings in the amount of $60,390.00; and, (ii) retainage in the amount of $10,140.00, with respect to the Project.

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

## APPLICATION FOR PAYMENT

| | | |
|---|---|---|
| To: | Crimson Building Company, LLC<br>1705 Forest Ridge Drive<br>Bedford, TX 76022 | Project: Skyview at Crawford |
| From: | Specialty Concrete Coatings of Texas<br>P.O. Box 840369<br>Houston, TX 77284 | |

Contract For: Gypcrete & LW Concrete

| | |
|---|---|
| Application No.: | 2 |
| Period To: | 02/29/24 |
| Application Date: | 02/05/24 |
| Project No.: | 2022_03 |
| Contract Date: | 02/15/22 |

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT | $101,400.00 |
| 2. NET CHANGE BY CHANGE ORDERS | $0.00 |
| 3. CONTRACT SUM TO DATE | $101,400.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE | $86,500.00 |
| (Column G) | |
| 5. RETAINAGE | |
| 10.00% of Completed Work | $8,650.00 |
| (Columns D + E) | |
| 10.00% of Stored Materials | - |
| (Columns F) | |
| Total Retainage | $8,650.00 |
| (Line 5a + Line 5b OR Sum of Column I) | |
| 6. TOTAL EARNED LESS RETAINAGE | $77,850.00 |
| (Line 4 less Line 5 Total) | |
| 7. LESS PRIOR CERTIFICATES FOR PAYMENT | $30,870.00 |
| (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE | $46,980.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $23,550.00 |
| (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $0.00 | $0.00 |
| Total approved this month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Orders | | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

### CONTRACTOR:

By: _____ Date: _____

State Of: _____

County Of: _____

Subscribed and sworn to before me this _____ day of _____

Notary Public: _____

My commission expires: _____

### ARCHITECTS CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data compromising this application, the Architect certifies to the owner that to the best of the Architects knowledge, information and belief the Work under the Architect's Contract has progressed as indicated, the quality of Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED $46,980.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on the Application for Payment and on the Continuation sheet that are changes to conform to the amount certified.)

### ARCHITECT:

By: _____ Date: _____

The Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

EXHIBIT 1

Pay Apps

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

**CONTINUATION SHEET**

APPLICATION AND CERTIFICATION FOR PAYMENT,
containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.

APPLICATION NO.: 2
APPLICATION DATE: 2
PERIOD TO: 02/29/24
PROJECT NO.: 2022_03

Specialty Concrete Coatings of Texas

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NUM | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | Pre Pours -Floor 3 | $6,900.00 | $6,900.00 | - | - | $6,900.00 | 100.00% | - | $690.00 |
| 2 | Pre Pours -Floor 4 | $6,900.00 | $6,900.00 | - | - | $6,900.00 | 100.00% | - | $690.00 |
| 3 | Gyp & Mat - Floor 3 | $12,800.00 | - | $12,800.00 | - | $12,800.00 | 100.00% | - | $1,280.00 |
| 4 | Gyp & Mat - Floor 4 | $12,800.00 | - | $12,800.00 | - | $12,800.00 | 100.00% | - | $1,280.00 |
| 5 | Hard Rock Balconies - Floor 3 | $5,000.00 | - | $5,000.00 | - | $5,000.00 | 100.00% | - | $500.00 |
| 6 | Hard Rock Balconies - Floor 4 | $4,900.00 | - | $4,900.00 | - | $4,900.00 | 100.00% | - | $490.00 |
| 7 | Hard Rock Corridors - Floor 3 | $7,500.00 | - | - | - | - | - | $7,500.00 | - |
| 8 | Hard Rock Corridors - Floor 4 | $7,400.00 | - | - | - | - | - | $7,400.00 | - |
| 9 | Flashing & Door Pkts - Floor 3 | $10,300.00 | $10,300.00 | - | - | $10,300.00 | 100.00% | - | $1,030.00 |
| 10 | Flashing & Door Pkts - Floor 4 | $10,200.00 | $10,200.00 | - | - | $10,200.00 | 100.00% | - | $1,020.00 |
| 11 | T Bar & Membrane - Floor 3 | $8,400.00 | - | $8,400.00 | - | $8,400.00 | 100.00% | - | $840.00 |
| 12 | T Bar & Membrane - Floor 4 | $8,300.00 | - | $8,300.00 | - | $8,300.00 | 100.00% | - | $830.00 |
| | **PAYMENT TOTALS** | **$101,400.00** | **$34,300.00** | **$52,200.00** | **-** | **$86,500.00** | **85.31%** | **$14,900.00** | **$8,650.00** |

EXHIBIT 1
Pay Apps

PAGE 1 OF 1

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

## APPLICATION FOR PAYMENT

| | | | |
|---|---|---|---|
| To: | Crimson Building Company, LLC<br>1705 Forest Ridge Drive<br>Bedford, TX 76022 | Project: Skyview at Crawford | Application No.: 3<br>Period To: 04/30/24 |
| From: | Specialty Concrete Coatings of Texas<br>P.O. Box 840369<br>Houston, TX 77284 | | Application Date: 04/09/24<br>Project No.: 2022_03<br>Contract Date: 02/15/22 |

Contract For: Gypcrete & LW Concrete

| | |
|---|---|
| 1. ORIGINAL CONTRACT AMOUNT | $101,400.00 |
| 2. NET CHANGE BY CHANGE ORDERS | $0.00 |
| 3. CONTRACT SUM TO DATE | $101,400.00 |
| 4. TOTAL COMPLETED AND STORED TO DATE | $101,400.00 |
| (Column G) | |
| 5. RETAINAGE | |
| 10.00% of Completed Work | $10,140.00 |
| (Columns D + E) | |
| 10.00% of Stored Materials | - |
| (Columns F) | |
| Total Retainage | $10,140.00 |
| (Line 5a + Line 5b OR Sum of Column I) | |
| 6. TOTAL EARNED LESS RETAINAGE | $91,260.00 |
| (Line 4 less Line 5 Total) | |
| 7. LESS PRIOR CERTIFICATES FOR PAYMENT | $77,850.00 |
| (Line 6 from prior Certificate) | |
| 8. CURRENT PAYMENT DUE | $13,410.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | $10,140.00 |
| (Line 3 less Line 6) | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months | $0.00 | $0.00 |
| Total approved this month | $0.00 | $0.00 |
| TOTALS | $0.00 | $0.00 |
| NET CHANGES by Change Orders | | $0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: _____

State Of: _____

County Of: _____

Subscribed and sworn to before me this _____ day of _____

Notary Public: _____

My commission expires: _____

### ARCHITECTS CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on the on-site observations and the data compromising this application, the Architect certifies to the owner that to the best of the Architects knowledge, information and belief the Work under the Architect's Contract has progressed as indicated, the quality of Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED  $13,410.00

(Attach explanation if amount certified differs from the amount applied for. Initial all figures on the Application for Payment and on the Continuation sheet that are changes to conform to the amount certified.)

ARCHITECT:

By: _____  Date: _____

The Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**EXHIBIT 1**

**Pay Apps**

4865-4149-4993v.1 Z999/00941 (F609-Crimson)

EXHIBIT 1

Pay Apps

CONTINUATION SHEET

APPLICATION AND CERTIFICATION FOR PAYMENT,
containing Contractor's signed Certification is attached.
In tabulations below, amounts are stated to the nearest dollar.

APPLICATION NO.: 3

APPLICATION DATE: 04/09/24

PERIOD TO: 04/30/24

Specialty Concrete Coatings of Texas

PROJECT NO.: 2022_03

| A | B | C | | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE | | | |
| ITEM NUM | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Pre Pours -Floor 3 | $6,900.00 | $6,900.00 | - | | - | $6,900.00 | 100.00% | - | $690.00 |
| 2 | Pre Pours -Floor 4 | $6,900.00 | $6,900.00 | - | | - | $6,900.00 | 100.00% | - | $690.00 |
| 3 | Gyp & Mat - Floor 3 | $12,800.00 | $12,800.00 | - | | - | $12,800.00 | 100.00% | - | $1,280.00 |
| 4 | Gyp & Mat - Floor 4 | $12,800.00 | $12,800.00 | - | | - | $12,800.00 | 100.00% | - | $1,280.00 |
| 5 | Hard Rock Balconies - Floor 3 | $5,000.00 | $5,000.00 | - | | - | $5,000.00 | 100.00% | - | $500.00 |
| 6 | Hard Rock Balconies - Floor 4 | $4,900.00 | $4,900.00 | - | | - | $4,900.00 | 100.00% | - | $490.00 |
| 7 | Hard Rock Corridors - Floor 3 | $7,500.00 | - | $7,500.00 | | - | $7,500.00 | 100.00% | - | $750.00 |
| 8 | Hard Rock Corridors - Floor 4 | $7,400.00 | - | $7,400.00 | | - | $7,400.00 | 100.00% | - | $740.00 |
| 9 | Flashing & Door Pkts - Floor 3 | $10,300.00 | $10,300.00 | - | | - | $10,300.00 | 100.00% | - | $1,030.00 |
| 10 | Flashing & Door Pkts - Floor 4 | $10,200.00 | $10,200.00 | - | | - | $10,200.00 | 100.00% | - | $1,020.00 |
| 11 | T Bar & Membrane - Floor 3 | $8,400.00 | $8,400.00 | - | | - | $8,400.00 | 100.00% | - | $840.00 |
| 12 | T Bar & Membrane - Floor 4 | $8,300.00 | $8,300.00 | - | | - | $8,300.00 | 100.00% | - | $830.00 |
| | PAYMENT TOTALS | $101,400.00 | $86,500.00 | $14,900.00 | | - | $101,400.00 | 100.00% | - | $10,140.00 |

PAGE 1 OF 1



**U.S. Postal Service®**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

USPS® ARTICLE NUMBER

9414 7266 9904 2229 6610 36

Certified
Return R
Return R
Certified
Postage

9590 9266 9904 2229 6610 39

Total Postage and Fees    $ 8.10

Sent to: Crimson Building Company, LLC
C/o Eric Todd Little
Registered Agent
1705 Forest Ridge Drive, Suite A
Bedford, TN 76022

WRS/GG        Reference Information
(F609-Crimson)

PS Form 3800, Facsimile, July 2015